# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# TOPEKA, KANSAS DIVISION

In re:  
    MISTY MAE EMERSON

Debtor(s)

Case No. 11-40688

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Jan Hamilton, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/09/2011.

2) The plan was confirmed on 06/22/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/05/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/14/2011, 11/19/2013, 04/24/2014.

5) The case was completed on 10/25/2016.

6) Number of months from filing to last payment: 66.

7) Number of months case was pending: 71.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $27,319.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,575.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $19,575.00

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,300.00 |
| Court Costs | $274.00 |
| Trustee Expenses & Compensation | $1,567.82 |
| Other | $300.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$5,441.82**

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK OF THE WEST | Secured | 8,851.00 | 8,054.89 | 8,054.89 | 8,054.89 | 656.80 |
| DISCOVER BANK | Unsecured | 10,993.00 | 10,993.75 | 10,993.75 | 1,833.23 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 5,701.00 | 5,701.30 | 5,701.30 | 950.72 | 0.00 |
| ECMC | Unsecured | 919.00 | 773.05 | 773.05 | 773.05 | 0.00 |
| HOME DEPOT CITIBANK USA | Unsecured | 1,567.00 | NA | NA | 0.00 | 0.00 |
| HSBC BESTBUY | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| INTRUST CARD CENTER | Unsecured | NA | 8,544.41 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 116,731.00 | 117,863.75 | 414.95 | 414.95 | 0.00 |
| PRA RECEIVABLE MANAGEMENT | Unsecured | 3,444.00 | 3,444.23 | 3,444.23 | 574.33 | 0.00 |
| PRA RECEIVABLE MANAGEMENT | Unsecured | 5,093.00 | 5,248.69 | 5,248.69 | 875.21 | 0.00 |
| RANSOM MEMORIAL HOSPITAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 10,982.00 | NA | NA | 0.00 | 0.00 |
| SEARS MASTERCARD | Unsecured | 1,508.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $414.95 | $414.95 | $0.00 |
| Debt Secured by Vehicle | $8,054.89 | $8,054.89 | $656.80 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,469.84** | **$8,469.84** | **$656.80** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,161.02** | **$5,006.54** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,441.82 |
| Disbursements to Creditors | $14,133.18 |
| **TOTAL DISBURSEMENTS:** | **$19,575.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/05/2017         By: /s/ Jan Hamilton
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

IN RE:

MISTY MAE EMERSON            Case No. 11-40688

Debtor

**NOTICE WITH OPPORTUNITY FOR HEARING ON
CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Please be advised Jan Hamilton, Chapter 13 Trustee, has filed the Chapter 13 Standing Trustee's Final Report And Account.

Unless a written objection to the Chapter 13 Standing Trustee's Final Report And Account is filed with the Clerk of the U.S. Bankruptcy Court, 240 US Courthouse, 444 SE Quincy, Topeka, KS 66683, on or before May 05, 2017, it is presumed that the Chapter 13 estate has been fully administered, and an Order or Decree may be entered which closes the Chapter 13 estate and releases the Trustee and the Trustee's surety bond without further notice. If an objection is timely filed, a non-evidentiary hearing will be held before the US Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, KS 66683 on June 07, 2017 at 9:00 am.

A hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk of the U.S. Bankruptcy Court.

/s/ Jan Hamilton
Jan Hamilton, Trustee # 08163
P.O. Box 3527, Topeka, KS 66601-3527
(785)234-1551, (785)234-0537 Fax
jan.hamilton@topeka13trustee.com

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Notice and Chapter 13 Standing Trustee's Final Report And Account attached thereto was sent electronically or mailed, postage prepaid, to the following: Debtor, Debtor's Attorney, U.S. Trustee. A summary of the Chapter 13 Standing Trustee's Final Report And Account was mailed to all creditors who filed claims on this date: April 05, 2017

/s/ Jan Hamilton
Jan Hamilton, Trustee

USTFRA101/DB

**UST Form 101-13-FR-S (09/01/2009)**